NO. 07-01-0094-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



SEPTEMBER 27, 2001



______________________________




KELLY GREEN SEEDS, INC., APPELLANT



V.



PAUL DANIEL AND BOBBY DANIEL, APPELLEES




_________________________________



FROM THE 69TH DISTRICT COURT OF HARTLEY COUNTY;



NO. 3889H; HONORABLE RON ENNS, JUDGE



_______________________________



Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

DISMISSAL


 Appellant Kelly Green Seeds, Inc. perfected this appeal from the trial court's
judgment in favor of appellees Paul Daniel and Bobby Daniel. On September 20, 2001,
all parties filed a joint motion to dismiss this appeal with prejudice based on a settlement
agreement with costs to be assessed against the party incurring them. We grant the
motion and dismiss the appeal.

 Without passing on the merits of the case, the motion is granted and the appeal is
hereby dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at the request
of all parties, no motion for rehearing will be entertained and our mandate will issue
forthwith.


 Don H. Reavis

 Justice


Do not publish.




 font-size: 12pt;
 font-weight: normal;
 font-style: normal
}





NO. 07-09-0053-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 25, 2009
______________________________

DEVON ROYAL JONES,

                                                                                                 Appellant

v.

THE STATE OF TEXAS,

                                                                                                 Appellee
_________________________________

FROM THE 251st DISTRICT COURT OF POTTER COUNTY;

NO. 18880-C; HON. ANA ESTEVEZ, PRESIDING
_______________________________

ORDER OF DISMISSAL
_______________________________

Before QUINN, C.J., CAMPBELL, J., and BOYD, S.J.



          Appellant, Devon Royal Jones, appeals his conviction for capital murder. The
certification of right to appeal executed by the trial court states that this “is a plea bargain
case and the defendant has NO right of appeal” and “the defendant has waived the right
of appeal.” This circumstance was brought to the attention of appellant’s counsel and
opportunity was granted him to obtain an amended certification entitling appellant to
appeal. No such certification was received within the time we allotted. Having received
no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure
25.2(d).
          
                                                                                      Per Curiam

Do not publish.